Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:18-MJ-0059-JDP |
| Plaintiff, | |
| v. | STIPULATION TO VACATE TRIAL DATE; AND ORDER THEREON |
| MICHAEL KESSLER, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Michael Kessler, by and through his attorney of record, Assistant Federal Defender Timothy Zindel, that the trial date in the above-captioned matter set for February 6, 2019 be vacated. The parties have reached a resolution wherein the Government will dismiss the pending criminal complaint and issue Mr. Kessler a bailable citation for violation of 36 Code of Federal Regulations 2.10(b)(10) - camping outside a designated area. Mr. Kessler will pay a $280 total collateral ($250 fine plus $30 processing fee) within 30 days of receipt of the citation.

Dated: January 22, 2019
/S/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park

1

Dated: January 22, 2019                /S/ Tim Zindel
                                       Timothy Zindel
                                       Assistant Federal Defender
                                       Attorney for Michael Kessler

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the February 6, 2019, trial date in the matter of *United States. v. Kessler*, Case No. 6:18-MJ-0059-JDP, is vacated.

IT IS SO ORDERED.

Dated:   January 23, 2019                _____
                                         UNITED STATES MAGISTRATE JUDGE